| | |
|---|---|
| Name | Christopher R. Blevins |
| Bar # | 028444 |
| Firm | Houser & Allison, APC |
| Address | 9970 Research Drive |
| | Irvine, CA 92618 |
| | |
| Telephone | (949)679-1111 |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Dennis C. Elwess,

      Plaintiff,

    vs.

Old Republic National Title Insurance Company, et al.

      Defendant.

**Case No.**

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of Litton Loan Servicing, LP in compliance with the provisions of: *(check one)*

[X] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☒ Other(please explain)

Litton is a limited partnership whose general partner is Ocwen Capital Management, LLC and whose limited partner is Ocwen Loan Servicing, LLC. The ultimate corporate parent of the limited partnership is Ocwen Financial Corporation, a publicly traded company. Litton does not have any subsidiaries.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __14th__ day of __September__, __2014__.

/s/ Christopher R. Blevins
Counsel of Record

Certificate of Service:

ORIGINAL filed electronically with the Clerk's Office this same date and with COPIES to be delivered via U.S. Mail to the following:

Dennis C. Elwess  
20298 East Poco Calle  
Queen Creek, AZ 85142

Kim R. Lepore  
Wright Finlay & Zak LLP  
111 E. Dunlap Avenue, Suite 1-457  
Phoenix, AZ 85020

By: /s/ Christopher R. Blevins

- 2 -