| | |
|---|---|
| Name | Christopher R. Blevins |
| Bar # | 028444 |
| Firm | Houser & Allison, APC |
| Address | 9970 Research Drive |
| | Irvine, CA 92618 |
| | |
| Telephone | (949)679-1111 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Dennis C. Elwess,

    Plaintiff,

    vs.

Old Republic National Title Insurance Company, et al.

    Defendant.

Case No.

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Mortgage Electronic Registration Systems, Inc. in compliance with the provisions of: *(check one)*

[X] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☒ Other(please explain)

Mortgage Electronic Registration Systems, Inc. is a wholly owned subsidiary of MERSCORP Holdings, Inc. MERSCORP Holdings, Inc. is a privately owned corporation. The Federal Home Loan Mortgage Corporation and the Federal National Mortgage Association both publically traded companies each own 10% or more of MERSCORP Holdings, Inc.'s stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __14th__ day of __September__, __2014__.

/s/ Christopher R. Blevins
Counsel of Record

Certificate of Service:
ORIGINAL filed electronically
with the Clerk's Office this same date
and with COPIES to be delivered via
U.S. Mail to the following:

Dennis C. Elwess           Kim R. Lepore
20298 East Poco Calle      Wright Finlay & Zak LLP
Queen Creek, AZ 85142      111 E. Dunlap Avenue, Suite 1-457
                           Phoenix, AZ 85020

By: /s/ Christopher R. Blevins

- 2 -