1 | Name      Christopher R. Blevins
2 | Bar #      028444
3 | Firm      Houser & Allison, APC
   | Address   9970 Research Drive
4 |           Irvine, CA 92618
5 |
   | Telephone  (949)679-1111
6 |

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE DISTRICT OF ARIZONA

9 |

10 | Dennis C. Elwess,                          )
11 |                                            )
     |                                          )
12 |            Plaintiff,                      )     **Case No.**
     |                                          )
13 |            vs.                             )     **Corporate Disclosure Statement**
     | Old Republic National Title Insurance)
14 | Company, et al.                            )
     |                                          )
15 |            Defendant.                      )
     |                                          )
16 | _____ )

17 |

18 | This Corporate Disclosure Statement is filed on behalf of Ocwen Loan Servicing, LLC

     | in compliance with the provisions of: *(check one)*

19 | [X]   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20 |        action in a district court must file a statement that identifies any parent corporation
21 |        and any publicly held corporation that owns 10% or more of its stock or states that
         there is no such corporation.

22 | [ ]   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23 |        party to a proceeding in a district court must file a statement that identifies any
24 |        parent corporation and any publicly  held corporation that owns 10% or more of its
         stock or states that there is no such corporation.

25 | [ ]   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26 |        alleged criminal activity is a corporation the government must file a statement
27 |        identifying the victim and the statement must also disclose the information required
         by Rule 12.4(a)(1).

28 |

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☒ Other(please explain)

Ocwen Loan Servicing, LLC, is a wholly owned subsidiary of Ocwen Financial Corporation, a publicly traded company.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___14th___ day of ___September___, __2014__.


/s/ Christopher R. Blevins
Counsel of Record


Certificate of Service:

ORIGINAL filed electronically with the Clerk's Office this same date and with COPIES to be delivered via U.S. Mail to the following:

Dennis C. Elwess              Kim R. Lepore
20298 East Poco Calle         Wright Finlay & Zak LLP
Queen Creek, AZ 85142         111 E. Dunlap Avenue, Suite 1-457
                              Phoenix, AZ 85020


By:  /s/ Christopher R. Blevins