| | |
|---|---|
| Name | Kim R. Lepore, Esq., |
| Bar # | 019130 |
| Firm | WRIGHT, FINLAY & ZAK, LLP |
| Address | 111 E. Dunlap Ave. |
| | Suite 1-457 |
| | Phoenix, AZ 85020 |
| Telephone | 602-845-8898 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Dennis C. Elwess

    Plaintiff,

vs.

Old Republic National Title, et al.

    Defendant.

**Case No.** 12:CV-01956-DGC

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Old Republic National Title Insurance Company in compliance with the provisions of: *(check one)*

[✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

Prommis Solutions, LLC _____ Relationship subsidiary _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship _____

☐ Other (please explain)
_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 24th day of September, 2012.

Kim Lepore
Digitally signed by Kim Lepore
DN: cn=Kim Lepore, o=Wright, Finlay & Zak, LLP, ou, email=klepore@wrightlegal.net, c=US
Date: 2012.09.24 15:04:14 -07'00'

_____
Counsel of Record

Certificate of Service:

See Attached Service List

- 2 -

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4665 MacArthur Court, Ste. 280 Newport Beach, CA 92660.

On September 24, 2012 I served the following document(s) described as follows:
**CORPORATE DISCLOSURE STATEMENT**

Dennis C. Elwess
20298 E. Poco Calle
Queen Creek, AZ 85142

Charles T. Piccuta, Esq.
Christopher R. Blevins, Esq.
Houser & Allison
9970 Research Dr.
Irvine, CA 92618
Tel: 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 Fax: 949-679-1112
Attorneys for Defendants, Ocwen Loan Servicing, LP, Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc.

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.
[X]   (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.
[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on September 24, 2012 at Newport Beach, California.

/s/ Matthew Tran
Matthew Tran