**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
111 E. Dunlap Avenue, Suite 1-457
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-477-9200
klepore@wrightlegal.net; bklein@wrightlegal.net

Attorneys for Defendant Old Republic National Title Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis C. Elwess,<br><br>       Plaintiff,<br><br>   v.<br><br>Old Republic National Title Insurance Company, Mortgage Electronic Registration Systems, Inc., Litton Loan Servicing, LP, and Ocwen Loan Servicing, LLP,<br><br>       Defendants. | Case No.: 2:12-cv-01956-DGC<br><br>**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO NON OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**TO THE COURT, PLAINTIFF AND TO THE OTHER PARTIES:**

**PLEASE TAKE NOTICE** that Defendant Old Republic National Title Insurance Company ("Old Republic"), hereby responds to the lack of any Opposition from Plaintiff Dennis Elwess ("Plaintiff") to the Motion to Dismiss

**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO NON OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

filed by Defendants Ocwen Loan Servicing, LLC, Litton Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc. (collectively "Moving Defendants") on September 21, 2012 and joined in by Old Republic.

## I.   PLAINTIFF HAS FAILED TO OPPOSE THE MOTION.

Pursuant to L.R.Civ 7.2, all opposition papers and answering memorandum to a motion shall be filed with the court and served on each party at least ten (14) days after service of the moving papers.

Local Rule 7.2(c) states in pertinent part:

> the opposing party shall, unless otherwise ordered by the Court and except as otherwise provided by Rule 56 of the Federal Rules of Civil Procedure, and Rules 12.1, 54.2(b), and 56.1, Local Rules of Civil Procedure, have fourteen (14) days after service in a civil or criminal case within which to serve and file a responsive memorandum.

In this matter, Moving Defendants filed their Motion to Dismiss at issue on September 21, 2012.  Further, Old Republic joined in on their Motion on September 24, 2012 and served their Notice of joinder on Plaintiff by mail on September 24, 2012.  As a result, 3 days are added to account for mailing, Plaintiff's opposition papers and answering memorandum were to be filed and served not later than October 11, 2012.  But, as of October 16, 2012, Defendant has not received any Opposition nor does the Court docket reflect that an Opposition was timely filed.

///

**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO NON OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

## II.   CONCLUSION.

In light of Plaintiff's failure to oppose Moving Defendants' Motion to Dismiss and Old Republic's Joinder in that Motion to Dismiss, Old Republic respectfully requests that such failure be deemed consent by Plaintiff to the granting of both the Motion to Dismiss and Joinder.  Consequently, Old Republic respectfully requests that its Joinder in Moving Defendants' Motion to Dismiss Plaintiff's Complaint be granted, and that the underlying Motion to Dismiss be granted in its entirety **without leave to amend** as Plaintiff's Complaint lacks merit.

**RESPECTFULLY SUBMITTED** this 16th day of October, 2012.

**WRIGHT, FINLAY & ZAK, LLP**

By:  /s/ Kim R. Lepore
　　　　Kim R. Lepore, Esq.
　　　　Bradford E. Klein, Esq.
　　　　Attorneys for Defendant Old Republic

**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO NON OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4665 MacArthur Court, Ste. 280 Newport Beach, CA 92660.

On October 16, 2012, I served the following document(s) described as follows: **DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO NON OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Dennis C. Elwess
20298 E. Poco Calle
Queen Creek, AZ 85142

Charles T. Piccuta, Esq.
Christopher R. Blevins, Esq.
Houser & Allison
9970 Research Dr.
Irvine, CA 92618
Tel: 949-679-1111 Fax: 949-679-1112
Attorneys for Defendants, Ocwen Loan Servicing, LP, Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc.

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.
[X]   (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.
[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2012 at Newport Beach, California.

/s/ Matthew Tran
Matthew Tran

**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO NON OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**