Name: **DENNIS C ELWESS**
Address: 20298 East Poco Calle
City, State, Zip: Queen Creek, Arizona 85142
Daytime Phone: (480) 235-1745
Email: dcelwess@yahoo.com
*Representing Self, Without a Lawyer*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**DENNIS C ELWESS**
Plaintiff,

vs.

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY** and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** and **LITTON LOAN SERVICING LP** and **OCWEN LOAN SERVICING LLP**
Defendants,          )

Case #   **CV12-1956 PHX DGC**

**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS**

Dated: November 2, 2012

Plaintiff moves the court to extend the time to respond to the Defendants *Motion to Dismiss* which was filed on September 21, 2012. as authorized by Federal Rule of Civil Procedure 6(b).

## A. Introduction

1. Petitioner is Dennis C Elwess, 20298 E Poco Calle, Queen Creek, Arizona 85142.

2. Currently known defendants are Old Republic National Title Insurance Company, Mortgage Electronic Registration Systems, Inc., Litton Loan Servicing, LP and Ocwen Loan Servicing, LLP.

3. Plaintiff filed his Original Complaint on June 20, 2012.

4. Plaintiff has filed this *Motion to Extend Time* as soon as he became aware of the need for additional time and before the deadline.

### B. Argument

5. The court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); see *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

6. Plaintiff requests an extension of time to respond to the Defendants *Motion to Dismiss* which was filed on September 21, 2012 because the legal issues to be addressed are complex and require additional research that cannot be completed before the deadline. Plaintiff has found it difficult to properly address the issues at hand. Plaintiff, not being practiced in the courts, does not have the same access to the materials necessary to frame proper pleadings as the Defendant does. The Plaintiff is requesting 14 more days to prepare a responsive pleading to Defendants *Motion to Dismiss*.

8. Plaintiffs request to extend time is for good cause and is not intended to delay these proceedings. *See* Fed. R. Civ. P. 6(b)(1)(A).

### C. Conclusion

10. WHEREFORE, Plaintiffs move this court to extend the time to respond to the Defendants *Motion to Dismiss*.

*[signature]*
Dennis C Elwess
20298 East Poco Calle
Queen Creek, Arizona 85142
(480) 235-1745
dcelwess@yahoo.com
*Representing Self, Without a Lawyer*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 2nd day of November, 2012 to the following:

Charles Tony Piccuta
Christopher R Blevins
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, California 92618
   *Attorney for Ocwen Loan Servicing, LLC; Litton Loan Servicing, LP; Mortgage Electronic Registration Systems, Inc.*

Kim R Lepore
Wright, Finlay & Zak, LLP
111 E Dunlap Ave
Suite 1-457
Phoenix, AZ 85020
   *Attorney for Old Republic National Title Insurance Company*

Dennis C Elwess
20298 East Poco Calle
Queen Creek, Arizona 85142
(480) 235-1745
dcelwess@yahoo.com
*Representing Self, Without a Lawyer*