IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis C. Elwess,<br><br>    Plaintiff,<br><br>v.<br><br>Old Republic National Title Insurance Company, et al.,<br><br>    Defendants. | No. CV12-1956 PHX DGC<br><br>**ORDER** |

Plaintiff has filed a motion for extension of time to respond to the motion to dismiss this matter. Doc. 13.

**I.   Background.**

Plaintiff filed a complaint against Defendants on June 20, 2012 in the Superior Court for Maricopa County. Defendants Ocwen Loan Servicing, LLC, Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc. removed this matter to this Court on September 14, 2012. Doc. 1. On September 21, 2012, Defendants filed a motion to dismiss for failure to state a claim upon which relief can be granted. Doc. 7. Plaintiff has filed no response, and the time for doing so has expired. *See* LRCiv 12.1(b), 56.1(d); Fed. R. Civ. P. 6(d). Plaintiff was ordered by the Court on October 25, 2012 to file a response on or before November 2, 2012 to the pending motion to dismiss. Doc. 12. Plaintiff filed the pending motion for extension of time to respond to the motion to dismiss on November 2, 2012. Doc. 13.

Plaintiff must become familiar with, and follow, the Federal Rules of Civil

Procedure and the Rules of the United States District Court for the District of Arizona ("Local Rules").  *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1986) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) (pro se litigants "should not be treated more favorably than parties with attorneys of record"); *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although pro se, [plaintiff] is expected to abide by the rules of the court in which he litigates.").  The Federal Rules of Civil Procedure are available at the following Internet website:  http://www.law.cornell.edu/rules/frcp/.  A copy of the Court's Local Rules of Civil Procedure may be obtained from the Clerk's Office.

Rule 7.2 of the Local Rules of Civil Procedure provides that an unrepresented party's failure to respond to a motion "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily."  LRCiv 7.2(i).  Plaintiff is advised that if he does not file a response to Defendant's motion to dismiss (Doc. 7) on or before **November 2, 2012**, the Court will summarily grant the motion.  Plaintiff is further advised that if he fails to prosecute this action, or if he fails to comply with the rules or any Court order, the Court may dismiss the action *with prejudice* pursuant to Rule 41(b) of the Federal Rule of Civil Procedure.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

**IT IS ORDERED:**

1.   Plaintiff's motion for extension of time (Doc. 13) will be **granted**.  Plaintiff shall have one additional extension within which to respond to the motion to dismiss.  Plaintiff shall file his response to the motion to dismiss on or before **November 21, 2012.  Plaintiff is advised that the Court is not inclined to grant additional extensions to this deadline absent truly extraordinary circumstances.**

2. Plaintiff is warned that the Court will summarily grant the motion to dismiss if Plaintiff fails to comply with this order.

Dated this 6th day of November, 2012.

_____
David G. Campbell
United States District Judge