Name: **DENNIS C ELWESS**
Address:     20298 East Poco Calle
City, State, Zip:   Queen Creek, Arizona 85142
Daytime Phone: (480) 235-1745
Email: dcelwess@yahoo.com
*Representing Self, Without a Lawyer*

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 21 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**DENNIS C ELWESS**
Plaintiff,

vs.

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY** and
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** and
**LITTON LOAN SERVICING LP** and
**OCWEN LOAN SERVICING LLP**
Defendants,                        )

Case #   CV12-1956 PHX DGC

**MOTION TO EXTEND TIME FOR AN ADDITIONAL 6 DAYS IN RESPONSE TO DEFENDANTS MOTION TO DISMISS**

Dated: November 21, 2012

Plaintiff moves the court to extend the time to respond to the Defendants *Motion to Dismiss* for an additional six (6) days as authorized by Federal Rule of Civil Procedure 6(b).

### A. Introduction

1. Petitioner is Dennis C Elwess, 20298 E Poco Calle, Queen Creek, Arizona 85142.
2. Currently known defendants are Old Republic National Title Insurance Company, Mortgage Electronic Registration Systems, Inc., Litton Loan Servicing, LP and Ocwen Loan Servicing, LLP.
3. Plaintiff filed his Original Complaint on June 20, 2012.
4. Plaintiff filed a *Motion to Extend Time* on November 2, 2012.
5. This court originally GRANTED Plaintiff until November 21, 2012 to file the *Response to Motion to Dismiss*.

## B. Argument

6. The court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); see *Jenkins v. Commonwealth Land Title Ins. Co., 95 F.3d 791, 795 (9th Cir. 1996)*.

7. The Plaintiff is requesting until Monday, November 26, 2012, six (6) additional days, to prepare a responsive pleading to Defendants *Motion to Dismiss*.

8. Plaintiff has been unable to properly frame his response in the time granted due to an out of town family emergency.

9. Due to the courthouse being closed from November 22nd to November 25th, the next available date for filing is Monday, November 26th.

10. Plaintiffs request to extend time is for good cause and is not intended to delay these proceedings. *See* Fed. R. Civ. P. 6(b)(1)(A).

## C. Conclusion

WHEREFORE, Plaintiffs move this court to extend the time to respond to the Defendants *Motion to Dismiss* to Monday, November 26, 2012.

*/s/ Dennis C Elwess*
Dennis C Elwess

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 21st day of November, 2012 to the following:

Charles Tony Piccuta
Christopher R Blevins

Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, California 92618

*Attorney for Ocwen Loan Servicing, LLC; Litton Loan Servicing, LP; Mortgage Electronic Registration Systems, Inc.*

Kim R Lepore
Wright, Finalay & Zak, LLP
111 E Dunlap Avenue
Suite 1-457
Phoenix, Arizona 85020

*Attorney for Old Republic National Title Insurance Company*

*/s/ Dennis C Elwess*
Dennis C Elwess

1

Motion to Extend Time for Additional 6 Days          11/21/12