IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis C. Elwess,<br><br>         Plaintiff,<br><br>v.<br><br>Old Republic National Title Insurance Company, et al.,<br><br>         Defendants. | No. CV12-1956 PHX DGC<br><br>**ORDER** |

Plaintiff has filed a motion for extension of time. Doc. 15.

**IT IS ORDERED** that the motion for extension of time (Doc. 15) is **found to be moot**. Plaintiff filed his response in opposition to the motion to dismiss on November 26, 2012. *See* Doc. 16.

Dated this 29th day of November, 2012.

David G. Campbell
United States District Judge