**WRIGHT, FINLAY & ZAK, LLP**
Kim R. Lepore, Esq., Arizona Bar No. 019130
Bradford E. Klein, Esq., Arizona Bar No. 027720
111 E. Dunlap Avenue, Suite 1-457
Phoenix, AZ 85020
Telephone: 602-845-8898
Fax: 949-477-9200
klepore@wrightlegal.net; bklein@wrightlegal.net

Attorneys for Defendant Old Republic National Title Insurance Company

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis C. Elwess,<br><br>        Plaintiff,<br><br>  v.<br><br>Old Republic National Title Insurance Company, Mortgage Electronic Registration Systems, Inc., Litton Loan Servicing, LP, and Ocwen Loan Servicing, LLP,<br><br>        Defendants. | Case No.: 2:12-cv-01956-DGC<br><br>**DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S REPLY TO PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

      Defendant Old Republic National Title Insurance Company ("Old Republic") hereby replies to Plaintiff's Response and Opposition to Defendants' Motion to Dismiss, as follows:

1. Plaintiff has failed to oppose Old Republic's Joinder in the Motion to Dismiss filed by co-defendants.

2. Plaintiff has failed to address or negate any arguments or case law asserted by Old Republic in its Notice of Joinder and Joinder.

3. Plaintiff has failed to allege any additional arguments or facts against Old Republic in his Response and Opposition. Plaintiff's Response and Opposition is based primarily upon allegations concerning the alleged Pooling and Servicing Agreement and the role of MERS, neither of which is relevant to Old Republic's request for dismissal.

Old Republic respectfully requests that the Court dismiss the Complaint *without leave to amend* and award Old Republic its costs and attorney's fees pursuant to A.R.S. §33-807(E).

**DATED** this 3rd day of December, 2012.

        **WRIGHT, FINLAY & ZAK, LLP**

    By:  /s/ Kim R. Lepore
        Kim R. Lepore, Esq.
        Bradford E. Klein, Esq.
        Attorneys for Defendant Old Republic

REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrations:

Honorable David G. Campbell
Charles T. Piccuta, Esq.
Christopher R. Blevins, Esq.

I hereby certified that on December 3, 2012, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants of the CM/ECF System:

Dennis C. Elwess
20298 E. Poco Calle
Queen Creek, AZ 85142
Plaintiff

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2012 at Newport Beach, California.

    /s/ Cielo Tucay