# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis C. Elwess,       ) | **JUDGMENT IN A CIVIL CASE** |
| )               | |
| Plaintiff,       ) | CV-12-1956-PHX-DGC |
| )               | |
| v.       ) | |
| )               | |
| Old Republic National Title Insurance    ) | |
| Company, et al.,       ) | |
| )               | |
| Defendants.     | |

___    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 12, 2013, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

                                                            BRIAN D. KARTH
                                                            District Court Executive/Clerk

February 12, 2013

                                                             s/L. Dixon
                                                            By: Deputy Clerk

cc: (all counsel)